UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY CROWLEY, #687998,

        Plaintiff,

                              CASE NO. 2:20-CV-12739
v.                           HON. GEORGE CARAM STEEH

LT. SMITH, et al.,

        Defendants.
_____/

## OPINION AND ORDER DISMISSING CASE

Michigan prisoner Gregory Crowley ("plaintiff") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, but did not submit either the $350.00 filing fee and $50.00 administrative fee or an application to proceed without prepayment of the filing fee. The Court issued a deficiency order on October 21, 2020 requiring the plaintiff to submit the required fees or to submit an application to proceed without prepayment of the filing fee within 30 days of the filing date of the order. The order provided that if he did not do so, his case would be dismissed. The plaintiff has not corrected the deficiency within the allotted time. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this case for failure to comply

-1-

with the federal rules and the Court's prior order. Should the plaintiff wish to pursue his civil rights claims, he must file a new civil rights action that complies with the applicable filing requirements. This case is closed and will not be reopened.

**IT IS SO ORDERED**.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2021

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 7, 2021, by electronic and/or ordinary mail and also on Gregory Crowley #687998, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623,

s/Brianna Sauve
Deputy Clerk